WILLIE J. YOUNG, Respondent, v RONALD K. BAUERLEIN, Appellant. [963 NYS2d 903]—Appeal from an order of the Supreme

Court, Monroe County (Thomas M. Van Strydonck, J.), entered February 29, 2012. The order denied the motion of defendant for summary judgment dismissing the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on March 11 and 13, 2013, and filed in the Monroe County Clerk's Office on April 2, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Centra, Carni and Sconiers, JJ.